# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSCAR SEDA,**

        **Plaintiff,**

-vs-                                      **Case No. 6:07-cv-482-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANT'S MOTION TO DISMISS (Doc. No. 11)**
>
> **FILED:**       **October 24, 2007**
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      Defendant Commissioner of Social Security moves to dismiss Plaintiff Oscar Seda's case because the Commissioner rendered a fully favorable decision on Seda's most recent application for Social Security disability benefits. For the reasons set forth in the motion, Seda may not, at this point, challenge the denial of earlier applications for disability benefits.

      Seda has not responded to the motion, and the time for doing so has passed. Accordingly, I treat the motion as unopposed.

Therefore, I respectfully recommend that the Court **DISMISS** the case with prejudice and, thereafter, direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 19, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy