# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OSCAR SEDA,**

            **Plaintiff,**

**-vs-**                                           **Case No. 6:07-cv-482-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

___

## ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. No. 11) filed October 24, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the objection filed by Plaintiff (Doc. 13) and Defendant's response thereto (Doc. 14), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 19, 2007 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss is **GRANTED with prejudice**.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2/___ day of December, 2007.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party